1  Geoffrey Spellberg, Esq. (SBN: 121079)
   SPELLBERG LAW OFFICES
2  50 California Street, Suite 3050
   San Francisco, CA  94111
3  Telephone: (415) 837-0456
   Facsimile: (415) 398-2625
4
   Attorneys for Plaintiff
5  JANET TORKIAN

**FILED**

JUL 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10  JANET TORKIAN,                          )  Case No: C 05-01192
                                            )
11                 Plaintiff,               )
                                            )
12  v.                                      )  **STIPULATION TO CONTINUE CASE**
                                            )  **MANAGEMENT CONFERENCE**
13  THE HARTFORD FINANCIAL SERVICES         )
    GROUP, INC., and DOES 1 through 20,     )
14  inclusive,                              )
                                            )
15                 Defendants.              )
                                            )
16

17        Plaintiff's counsel will be out of the country on a pre-paid vacation from August 7, 2005 to

18  August 17, 2005.  The Case Management Conference is currently set for August 9, 2005.  The parties

19  to this action hereby stipulate through their designated counsel that the Case Management Conference

20  currently scheduled for August 9, 2005 at 2:00 p.m. shall be and is rescheduled to September 6, 2005

21  at 2:00 p.m.

22

23  Dated: July 19, 2005              Respectfully submitted,

24                                    SPELLBERG LAW OFFICES

25

26                                    By: _____
                                          Geoffrey Spellberg
27                                        Attorneys for Plaintiff
                                          Janet Torkian
28

---

Stipulation to  Continue Case Management Conference                                    1

1   Dated: July 18, 2005                Respectfully submitted,

2                                        SEDGWICK, DETERT, MORAN & ARNOLD LLP

3

4                                        By: _____

5                                              Dennis G. Rolstad
                                               Attorneys for Defendant
6                                              The Hartford Life and Accident Insurance Co.

7

8              IT IS SO ORDERED.

9

10  Dated: July 18, 2005                _____
                                               Honorable Martin J. Jenkins
11

12

13

14

15
    770112_1
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Case Management Conference                                    2