IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET TORKIAN,<br><br>  Plaintiff,<br><br>  v.<br><br>THE HARTFORD LIFE and ACCIDENT INSURANCE COMPANY,<br><br>  Defendant. | No. C 05-01192 MJJ<br><br>**ORDER VACATING AND RE-SETTING HEARING** |

    Pending before the Court are Defendant Hartford Life and Accident Insurance Company and Plaintiff Janet Torkian's cross-Motions for Summary Judgment (Docs. #17, #19), currently set for hearing before the Court on December 20, 2005. The Court hereby **VACATES** the December 20, 2005 hearing date, and re-sets the matter for hearing on <u>Tuesday, January 31, 2006, at 9:30 a.m.</u> before the Honorable Martin J. Jenkins.

**IT IS SO ORDERED.**

Dated: December 16, 2005

                                                    /s/<br>
                                       MARTIN J. JENKINS<br>
                                       UNITED STATES DISTRICT JUDGE