IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET TORKIAN,<br><br>   Plaintiff,<br><br>   v.<br><br>THE HARTFORD LIFE and ACCIDENT INSURANCE COMPANY,<br><br>   Defendant._____ / | No. C 05-01192 MJJ<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

In preparation for oral argument, the Court directs the parties to file supplemental briefs, not exceeding three pages, discussing *John Hancock Mutual Life Insurance Co. v. Dorman*, 108 F.2d 220 (9th Cir. 1940), in light of the parties' respective positions on the incontestability clause issue. The briefs shall be due by 8:30 a.m., on February 7, 2006.

**IT IS SO ORDERED.**

Dated: February 6, 2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE